UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **AUDREY UPTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CAUSE NO. 3:15-cv-00351-JVB-CAN |
| **ESSROC CEMENT CORP.,** | ) ) ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate and agree that the above-entitled action be dismissed, with prejudice, each party to bear its own costs, attorneys' fees and expenses.

*s/* Jason R. Ramsland
Jason R. Ramsland, Attorney No. 29443-29
ATTORNEY FOR PLAINTIFF

Jason R. Ramsland
BALL EGGLESTON, PC
201 Main Street, Suite 810
P.O. Box 1535
Lafayette, IN 47902
(765) 742-9046
jramsland@ball-law.com

*s/* Byron L. Myers
Byron L. Myers, Attorney No. 9405-49
Germaine Winnick Willett, Attorney No. 21151-73
ATTORNEYS FOR DEFENDANT

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
(Fax) (317) 236-2219
Byron.Myers@icemiller.com
Germaine.Willett@icemiller.com

I\9661930.1